UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIGI WARREN,<br><br>           Plaintiff,<br><br>   vs.<br><br>THE CHILDREN'S HOSPITAL<br>CORPORATION,<br><br>        Defendant | Civ. A. No. 17-12472-DLC |

## **DEFENDANT'S L.R. 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the undersigned certify that they have conferred with

a view to establishing a budget for the costs of conducting the full course—and various

alternative courses—of the litigation; and to consider the resolution of the litigation through the

use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully Submitted,

/s/ Theodore J. Folkman
Theodore J. Folkman (BBO No. 647642)
Andrea L. MacIver (BBO No. 569280)
MURPHY & KING, P.C.
One Beacon Street
Boston, MA 02108
(617) 423-0400
tfolkman@murpyking.com
amaciver@murphyking.com

/s/ Ellen Rothstein
Ellen Rothstein (BBO No. 637218)
The Children's Hospital Corp.
Associate General Counsel

Dated: March 9, 2018

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2018, I caused a copy of the foregoing document to be sent through the ECF system to the registered participants as identified on the Notice of Electronic Filing.

/s/ Theodore J. Folkman
Theodore J. Folkman

*740022*