UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIGI WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>Defendant | Civ. A. No. 17-12472-DLC |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The defendant, The Children's Hospital Corporation, moves for summary judgment on all claims on the grounds that there is no genuine dispute as to any material fact and the defendant is entitled to judgment as a matter of law. The defendant is submitting a memorandum of law, a statement of undisputed material facts, and declarations in support of this motion

REQUEST FOR HEARING

The defendant requests oral argument on this motion.

Respectfully submitted,

THE CHILDREN'S HOSPITAL CORPORATION

By its attorneys:

/s/ Theodore J. Folkman

Theodore J. Folkman (BBO No. 647642)
PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP
361 Newbury Street, 5th Floor
Boston, MA 02115
(212) 484-9866
tfolkman@piercebainbridge.com

Dated: February 15, 2019

RULE 7.1 CERTIFICATE

I certify that I corresponded by email with the plaintiff, who stated that he would not assent to this motion.

/s/ Theodore J. Folkman

Theodore J. Folkman

**CERTIFICATE OF SERVICE**

I, Theodore J. Folkman, hereby certify that, in accordance with Local Rule 5.2(b), the foregoing document was filed through the ECF system on February 15, 2019 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Theodore J. Folkman
Theodore J. Folkman