UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LUIGI WARREN,

       Plaintiff,

   vs.

THE CHILDREN'S HOSPITAL
CORPORATION,

       Defendant

Civ. A. No. 17-12472-DLC

## DECLARATION OF THEODORE J. FOLKMAN

I, Theodore J. Folkman, make the following declaration:

1.     I was admitted to the Massachusetts bar in 2001 and have been continually in good standing since that time. I am counsel to the defendant in this action.

2.     Attached to this Declaration as Exhibit 1 is a true copy of the Restated Articles of Organization of Immune Disease Institute, Inc., which I obtained on February 10, 2019 from the website of the Secretary of the Commonwealth.

3.     Attached to this Declaration as Exhibit 2 is a true copy of the Articles of Merger between Immune Disease Institute, Inc. and The Children's Hospital Corporation, which I obtained on February 10, 2019 from the website of the Secretary of the Commonwealth.

I declare that the foregoing is true and correct. Executed on February 14, 2019.

/s/ Theodore J. Folkman
Theodore J. Folkman

## CERTIFICATE OF SERVICE

I, Theodore J. Folkman, hereby certify that, in accordance with Local Rule 5.2(b), the foregoing document was filed through the ECF system on February 15, 2019 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Theodore J. Folkman
Theodore J. Folkman