# EXHIBIT 2


Examiner

FEDERAL IDENTIFICATION          FEDERAL IDENTIFICATION
NO. 04-2158520                  NO. 04-2774441
                                Fee: $35.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## ARTICLES OF *~~CONSOLIDATION~~ / *MERGER
(General Laws, Chapter 180, Section 10)
Domestic and Domestic Corporations

*~~Consolidation~~ / *merger of     (m) IMMUNE DISEASE INSTITUTE, INC.
                                    042158520   1/19/1953

_____

_____ and

(s) THE CHILDREN'S HOSPITAL CORPORATION
042774441   8/13/1982
                        the constituent corporations, into

THE CHILDREN'S HOSPITAL CORPORATION

*one of the constituent corporations / *~~a new corporation.~~

The undersigned officers of each of the constituent corporations certify under the penalties of perjury as follows:

1. The agreement of *~~consolidation~~ / *merger was duly adopted in accordance and compliance with the requirements of General Laws, Chapter 180, Section 10.

2. That if any of the constituent corporations constitutes a public charity, then the resulting or surviving corporation shall be a public charity.

3. The resulting or surviving corporation shall furnish a copy of the agreement of *~~consolidation~~ / *merger to any of its members or to any person who was a stockholder or member of any constituent corporation upon written request and without charge.

4. The effective date of the *~~consolidation~~ / *merger determined pursuant to the agreement of *~~consolidation~~ / *merger shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date which shall not be more than *thirty days* after the date of filing:
October 1, 2012

C  ☐
P  ☐
M  ☐
R.A. ☐

5. (For a merger)
(a) The following amendments to the Articles of Organization of the *surviving* corporation have been effected pursuant to the agreement of merger:

None.

5
P.C.        *Delete the inapplicable word.

18010m 4/5/00

**(For a consolidation)**
(b) The purpose of the *resulting* corporation is to engage in the following activities:

Not applicable.

**(c) The resulting corporation may have one or more classes of members. If it does, the designation of such class or classes, the manner of election or appointment, the duration of membership and the qualification and rights, including voting rights, of the members of each class, may be set forth in the bylaws of the corporation or may be set forth below:

Not applicable.

**(d) Other lawful provisions, if any, for the conduct and regulation of the business and affairs of the resulting corporation, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the corporation, or of its directors or members, or of any class of members, are as follows:

Not applicable.

6. The information contained in Item 6 is *not a permanent* part of the Articles of Organization of the *resulting / *surviving corporation.

(a) The street address of the *resulting / *surviving corporation in Massachusetts is: *(post office boxes are not acceptable)*

300 Longwood Avenue, Boston, MA 02115

*Delete the inapplicable word.*   **If there are no provisions state "None".*

(b) The name, residential address and post office address of each director and officer of the *~~resulting~~ / *surviving corporation is:

| | NAME | RESIDENTIAL ADDRESS | POST OFFICE ADDRESS |
|---|---|---|---|
| President: | Sandra L. Fenwick | 300 Longwood Avenue, Boston, MA 02115 | 300 Longwood Avenue, Boston, MA 02115 |
| Treasurer: | Bruce Balter | 300 Longwood Avenue, Boston, MA 02115 | 300 Longwood Avenue, Boston, MA 02115 |
| Clerk: | Stuart Novick | 300 Longwood Avenue, Boston, MA 02115 | 300 Longwood Avenue, Boston, MA 02115 |
| Directors: | See attached | | |

(c) The fiscal year (i.e. tax year) of the *~~resulting~~ / *surviving corporation shall end on the last day of the month of:
September

(d) The name and business address of the resident agent, if any, of the *~~resulting~~ / *surviving corporation is:
None.

The undersigned officers of the several constituent corporations listed herein further state under the penalties of perjury as to their respective corporations that the agreement of *~~consolidation~~ / *merger has been duly executed on behalf of such corporations and duly approved by the members / stockholders / directors of such corporations in the manner required by General Laws, Chapter 180, Section 10.

**TO BE EXECUTED ON BEHALF OF EACH CONSTITUENT CORPORATION**

Frederick W. Alt _____, *President / *~~Vice-President~~

Stuart Novick _____, *Clerk / *~~Assistant Clerk~~

of IMMUNE DISEASE INSTITUTE, INC.
*(Name of constituent corporation)*

Sandra L. Fenwick _____, *President / *~~Vice-President~~

Stuart Novick _____, *Clerk / *~~Assistant Clerk~~

of THE CHILDREN'S HOSPITAL CORPORATION
*(Name of constituent corporation)*

*Delete the inapplicable words.

Attachment for 6(b) of Certificate of Merger of
Immune Disease Institute, Inc.
with and into
The Children's Hospital Corporation

| **Corporate Officers** | **Title** | **Address** |
| --- | --- | --- |
| Stephen R. Karp | Chairman | 300 Longwood Avenue, Boston, MA 02115 |
| James Mandell, MD | CEO | 300 Longwood Avenue, Boston, MA 02115 |
| Sandra Fenwick | President and COO | 300 Longwood Avenue, Boston, MA 02115 |
| Bruce Balter | Treasurer | 300 Longwood Avenue, Boston, MA 02115 |
| Stuart Novick | Secretary | 300 Longwood Avenue, Boston, MA 02115 |
| Dianne Hatfield | Assistant Secretary | 300 Longwood Avenue, Boston, MA 02115 |

**Board of Trustees**

| | |
| --- | --- |
| Stephen R. Karp, Chairman | 300 Longwood Avenue, Boston, MA 02115 |
| Douglas A. Berthiaume, Vice Chair | 300 Longwood Avenue, Boston, MA 02115 |
| Allan Bufferd | 300 Longwood Avenue, Boston, MA 02115 |
| Sandra L. Fenwick, ex officio | 300 Longwood Avenue, Boston, MA 02115 |
| Gary Fleisher, MD | 300 Longwood Avenue, Boston, MA 02115 |
| William Harmon | 300 Longwood Avenue, Boston, MA 02115 |
| Winston Henderson | 300 Longwood Avenue, Boston, MA 02115 |
| Mira Irons, MD, ex officio | 300 Longwood Avenue, Boston, MA 02115 |
| James Kasser, MD, ex officio | 300 Longwood Avenue, Boston, MA 02115 |
| Harvey Lodish, PhD | 300 Longwood Avenue, Boston, MA 02115 |
| Gary Loveman | 300 Longwood Avenue, Boston, MA 02115 |
| James Mandell, MD, ex officio | 300 Longwood Avenue, Boston, MA 02115 |
| Ralph Martin | 300 Longwood Avenue, Boston, MA 02115 |
| Thomas Melendez | 300 Longwood Avenue, Boston, MA 02115 |
| Robert A. Smith | 300 Longwood Avenue, Boston, MA 02115 |
| Robert E. Smyth | 300 Longwood Avenue, Boston, MA 02115 |
| Eileen Sporing | 300 Longwood Avenue, Boston, MA 02115 |
| Alison Taunton-Rigby, PhD | 300 Longwood Avenue, Boston, MA 02115 |
| Ann Thornburg | 300 Longwood Avenue, Boston, MA 02115 |
| Marc B. Wolpow | 300 Longwood Avenue, Boston, MA 02115 |
| Gregory Young, MD, ex officio | 300 Longwood Avenue, Boston, MA 02115 |

THE COMMONWEALTH OF MASSACHUSETTS

# ARTICLES OF *CONSOLIDATION / *MERGER
(General Laws, Chapter 180, Section 10)
Domestic and Domestic Corporations

I hereby approve the within Articles of *Consolidation / *Merger and, the filing fee in the amount of $ __35__ , having been paid, said articles are deemed to have been filed with me this __28__ day of __Sept__ , 20__12__.

**1181765**

*Effective date:* __October 1, 2012__

*[signature]*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

2012 SEP 28 AM 8:53

## TO BE FILLED IN BY CORPORATION
Contact information:

Meagan Cavanaugh

c/o Ropes & Gray, LLP

Prudential Tower, 800 Boylston Street, Boston, MA 02199

Telephone: 617.951.7830

Email: meagan.cavanaugh@ropesgray.com

A copy this filing will be available on-line at www.state.ma.us/sec/cor once the document is filed.