# SUMF EXHIBIT 2
## EXHIBIT 3 OF DR. LUIGI WARREN'S NOVEMBER 16, 2018 DEPOSITION

 # Immune Disease Institute

## Report of Invention

Case Number: 08-011

Title of Invention: Sustained polypeptide expression from modified RNAs and uses thereof.

Investigator(s):  Name     Institute     Address          Telephone

1. Derrick Rossi   IDI   200 Longwood   6177138900
2. Luigi Warren    IDI        "            " 6177138903
3.

Grants, Gifts or Contracts, which supported the work leading to this invention (include all private, federal and non-federal funding):

Sponsor   Award        Number              Time    Period

1. Start-up Funds       1180                2 years
2. HSCI Seed Grant     HSCI DP-0042-09-00   6 months
3.

Lab or Department Where Developed:

Description of Invention (please type or print clearly):

1. Brief Summary

Developed an RNA-based technology for sustained polypeptide expression. Have used it to direct cell fate.

2. Background/Improvement over prior art (please include specific literature references, if known):

Our technology is uniquely capable of sustaining polypeptide expression in cells over extended time periods. No other reports of this have emerged. Further, no other studies have used RNA to direct cell fate.

Immune Disease Institute

EXHIBIT
Warren-3
DATE: 1/14/14
ROSEMARY LOCKLEAR CSR #13969

BCH000302

 **Immune Disease Institute**

3. Detailed Description (add pages, figures, drawings, etc., as needed, as well as any relevant manuscripts or articles):

> Manuscript attached.

4. Expected uses and/or commercial applications (list as many as you feel are feasible):

> - Kits
> - Specialized cell production
> - therapeutics (down the line)

First Written Disclosure: Date: _____  Witnessed by: _____
Form of disclosure (journal article, thesis, oral presentation, web posting, etc.)

First Reduction to Practice: Date: _____  Witnessed by: _____

Supporting Reports, Lab Records, Data, etc. (include dates and locations):

> Extensive notebooks. Should get these from Luigi Warren the post-doc who has worked on this.

Contacts or agreements with commercial entities (include name of person contacted):

| Inventor | Witness |
|---|---|
| D.J. Rossi  May 20/10 | |
| (Signature)    date | (Signature)    date |

Immune Disease Institute



# Immune Disease Institute

## Three Tests for Patentability

When completing the ROI form, please keep in mind the three tests for patentability:

1. New (or novel): the invention must be demonstrably different from any existing prior art

2. Useful: the invention must be useful in ways which represent improvements over existing products and/or techniques

3. Non-obvious: the invention cannot be obvious to a person of "ordinary skill in the art"

## Instructions for Completing the Report of Invention Form

1. Identify a brief title that specifically describes the invention.

2. Include the names of all those who contributed directly to this development. Attach a list of additional probable inventors if there are more than four. Note if not at **IDI**. An inventor is defined as likely to be an inventor if they made a significant intellectual contribution to the conception of the invention. Authorship of a paper does not necessarily mean inventorship. Final determination is made by the attorney once the claims have been written. Please note the social security number and the country of citizenship are necessary to distribute the inventor's share of royalty that may result from this invention.

3. Include all of the sponsors and applicable contract/grant numbers if the invention was developed with the use of federal or non-federal research grant/contract funds. Note other institution if not at **IDI**.

4. Attach material that gives a description of the invention. Indicate how your discovery is different from what is currently available, and the uses to which it can be put. Give background and improvement over prior art and expected future use as well as commercial potential of the invention. If you have a draft article that describes the invention, fell free to use that to provide the more detailed technical information. It is helpful to know the closest equivalents that have been reported in the literature and why your discovery is not, as a result, "obvious to one skilled in the art". This last is usually the reason cited by the U.S. Patent Office to reject a patent application and if we make it clear in our patent application, considerable time and effort can be saved.

5. Record the history of the invention by giving legally important dates as requested. If a disclosure is planned in the near future, indicate when it is likely to occur. Public disclosure of the invention affects the potential patent coverage that is possible.

6. Have the inventors sign and date and obtain a witness signature.

7. Submit completed report of invention to the Office of Technology Development, Immune Disease Institute, Inc., 800 Huntington Ave., Boston, MA 02115; phone (617) 278-3463; fax (617) 278-3395.

Immune Disease Institute