# SUMF EXHIBIT 6

## EXHIBIT 8 OF DR. LUIGI WARREN'S NOVEMBER 16, 2018 DEPOSITION

**FILED UNDER SEAL**