# SUMF EXHIBIT 8

## EXHIBIT 17 OF DR. LUIGI WARREN'S NOVEMBER 16, 2018 DEPOSITION

## INTELLECTUAL PROPERTY REVENUE DISTRIBUTION LETTER AGREEMENT

Effective Date: November 13, 2017

**CMCC Case 2085:** "Reprogramming to pluripotency and directed differentiation of cell fate using modified RNAs"
**Inventors:** Derrick Rossi
　　　　　　Luigi Warren

The parties hereto agree as follows:

This Letter Agreement serves to change the distribution from the Policy On Intellectual Property and Inventions (attached as Exhibit 1) for license revenue received after the Effective Date indicated above for Boston Children's case CMCC 2085, to the revenue distribution formula set forth herein. All license revenue and equity value received after the Effective Date of this Letter Agreement will be distributed according to the following however it is understood that prior to distribution under this Letter Agreement that certain costs can be recovered by Boston Children's Hospital and payments made as is standard practices, including any outstanding patent and legal expenses and any payments that are owed and made to co-owning organizations of the case listed above including the Harvard Stem Cell Institute.

Revenue shall be distributed in the percentages listed Table 1.

Table 1.

| Stakeholder | Distribution Percent |
|---|---|
| Inventors | 27.50% |
| DOM | 10% |
| PCMM | 12.50% |
| BCH/TIDO | 42.5% |
| Rossi Lab | 7.5% |
|  | 100.00% |

Signatures can be found on the following page.

INTELLECTUAL PROPERTY REVENUE DISTRIBUTION LETTER AGREEMENT
CMCC Case 2085: "Reprogramming to pluripotency and directed differentiation of cell fate"

1



Agreed to by:

SIGNATURES:

| | | |
|---|---|---|
| Physician-in-Chief | _____<br>Gary R. Fleisher, MD | _____<br>Date |
| Director, Program in Cellular and Molecular Medicine | _____<br>Frederick W. Alt, PhD | 11/24/17<br>Date |
| Inventor 1 | _____<br>Derrick Rossi, PhD | Nov 15, 2017<br>Date |
| Inventor 2 | _____<br>Luigi Warren, PhD | _____<br>Date |
| Senior Director, Technology and Innovation Development Office | _____<br>Irene Abrams | Nov. 20, 2017<br>Date |

INTELLECTUAL PROPERTY REVENUE DISTRIBUTION LETTER AGREEMENT
CMCC Case 2085: "Reprogramming to pluripotency and directed differentiation of cell fate"

2

Confidential

Exhibit 1

Policy On Inventions and Intellectual Property

INTELLECTUAL PROPERTY REVENUE DISTRIBUTION LETTER AGREEMENT
CMCC Case 2085: "Reprogramming to pluripotency and directed differentiation of cell fate"

3

Confidential

BCH000243