# PMOS EXHIBIT 2

## EXHIBIT 7 OF RYAN DIETZ'S DECEMBER 6, 2018 DEPOSITION: PLAINTIFF'S LAB NOTEBOOK PAGES



EXHIBIT 7
BCH001970

**BOOK** 3 **PAGE** -112

**TITLE/TITRE/TITEL** iPS Project   **PROJECT/PROJET/PROJEKT**

Continued From Page/Suite de la page/Fortsetzung von Seite:

Discussed iPS project with Derrick and got okay to proceed as long as expenditures remain modest. Idea is to try and convert MEFs into iPS by repeated transfection of Yamanaka factor-encoding synthetic mRNAs over a 10-14 day time course. Plan to PCR up the T7 templates from murine ES RNA using the primers I have already purchased (p.85). I'll use Ambion's MESSAGEmachine to make capped, polyadenylated transcript and (most likely) TransIT to facilitate daily transfection by direct administration of RNA + cationic reagent to culture medium. Will use eGFP mRNA to optimize transfection conditions and probably also to monitor transfection efficiency during experiment. Derrick recommends using eGFP RNA at substantially lower concentration than the Y factor RNA in these trials. Also, he said we should definitely go with MEFs for the initial experiment, not MSCs, since they are a known quantity wrt to iPS generation. If we see ES like colonies, we should take them to blastocyst injection immediately to validate pluripotency. For this purpose we need reporter cells. I will order a ROSA26(lacZ) mouse (male, breeding age i.e. 10-12 wks) so we can get appropriate MEFs. As soon as mouse arrives, mate to two B6 females. Check for vaginal plugs (signifying pregnancy) and wait 13 days before recovering embryos to make MEFs. MSCs. Will need to check for ROSA26 heterozygosity by β-Gal staining of tissue samples — we only want ROSA26+ MEFs for the experiment. Once embryos are recovered, mate the ROSA26 again to produce replacement animals should this mouse die.

Want to try 5-aza deoxycytidine and Valproic acid as adjuvants to iPS generation in this experiment. Reagents are available from VWR.

Needs:
- Aza deoxycytidine
- Valproic Acid
- MESSAGEmachine Ultra

SIGNATURE/UNTERSCHRIFT   DATE/DATUM 7/19/09
DISCLOSED TO AND UNDERSTOOD BY:/LU ET APPROUVÉ PAR:/ÜBERPRÜFT UND FREIGEGEBEN DURCH:   DATE/DATUM 4/30/09

PROPRIETARY INFORMATION BELONGING TO / L'INFORMATION DE PROPRIÉTÉ INDUSTRIELLE APPARTENANT À / EIGENE INFORMATIONEN VON



TITLE: T+48 HRS FACS    PROJECT: iPS

| Sample | Ancestry Subset Value Type For | live Freq. o... | live GFP+ Freq. o... | live GFP+ Geom. ... FL1-H,... | live GFP+ Mean FL1-H,... | live GFP- Freq. o... | live GFP- Geom. ... FL1-H,... | live GFP- Mean FL1-H,... |
|---|---|---|---|---|---|---|---|---|
| 1: No RNA | | 22.5 | 0.65 | 25.3 | 26 | 99.4 | 6.29 | 6.71 |
| 2: mScript RNA | | 27.8 | 65.1 | 78.2 | 132 | 34.9 | 8.27 | 9.12 |
| 3: No Mods | | 26.3 | 63.7 | 129 | 268 | 36.3 | 7.3 | 8.07 |
| 4: Psi | | 25.7 | 75.1 | 165 | 342 | 24.9 | 7.51 | 8.35 |
| 5: 5mC | | 25.7 | 73.1 | 200 | 428 | 26.9 | 7.64 | 8.35 |
| 6: 5mU | | 24 | 59.7 | 135 | 297 | 40.3 | 7.13 | 7.84 |
| 7: 5mC-5mU | | 24.2 | 61.7 | 99.4 | 182 | 38.3 | 7.45 | 8.27 |
| 8: 5mC-Psi | | 21.6 | 76.6 | 210 | 425 | 23.4 | 7.37 | 8.12 |
| 9: CIP | | 27.3 | 46.2 | 77.6 | 145 | 53.8 | 6.69 | 7.49 |
| 10: TdT | | 27.5 | 46.4 | 105 | 230 | 53.6 | 6.67 | 7.36 |
| 11: No Treatment 1 | | 27.9 | 0.14 | 24.5 | 25.2 | 99.9 | 3.19 | 3.49 |
| 12: No Treatment 2 | | 28.3 | 0.15 | 23.2 | 23.6 | 98.3 | 3.42 | 3.7 |
| Mean | | 25.8 | | | | 52.5 | | 7.23 |
| StdDev | | 2.34 | | 64.8 | 147 | | 1.82 | 1.81 |

5mC-ψ looks like the winner here, with 5mC & ψ alone close behind. There hasn't been much of a falloff vs +24 HRS across the board, but "No Mods" has done a bit worse in this respect than the 5mC/ψ and mScript wells. (See p.23) I stained with PI, but again haven't tried to comp here. Settings for PMTs were same as for +24 hrs:

FSC E00 1 Lin    FL1 431 Log    FL3 650 1 Lin
SSC 350 1 Lin    FL2 611 3 Lin

No treatment cells ran maybe 40% faster thru sorter, suggesting there has been some cell death in treated wells.

DATE: 11/2/08

DISCLOSED TO AND UNDERSTOOD BY / LU ET APPROUVÉ PAR / ÜBERPRÜFT UND FREIGEGEBEN DURCH: Db2  4/29/09

wells show dose-dependent brightness relationship. Does look like only about half the cells are expressing significant GFP — similar to MEF experience.

T6 plate: Looks good for B18R. Hasn't been too much change since yesterday. In the B18R+ wells, only the most aggressively dosed (2-4-8-16) well is close to being trashed, and even that has quite a few small clusters. Cell density in the other B18R+ wells is poor, but not terrible. GFP expression still looks fair, esp in the lower dose wells — maybe a 4 or even better in the 2-2-2, 2-2-4 wells. B18R- wells look terrible — huge numbers of floaters (though there are quite a few in the B18R+ wells too); still a few small islands of cells, but with very feeble GFP expression. Minimal photoshift now across the whole plate.

Should take these cultures to FACS tomorrow, if possible.

12:00 AM — FACSed the BJ plate. By eye, GFP expression looked down by maybe a factor of 2 relative to 10:45 AM check. See p.63 for FACS data.

4:50 PM — Very faint GFP in B18R+, none in B18R-. I've terminated transfections. Looks like we got ~6 days decent GFP expression in B18R+ wells, ~4 days in B18R- (4.5 perhaps). Lot of toxicity all around, but considerably worse in B18R- wells.

5:30 PM — Set 4 x 12-well plates of HEKn, ~10K per well, in HEK media (no Matrigel). Pulled & thawed vial of cells to 3ml media in a 14 ml tube, used 1ml syringe tip to dispense 40 μl aliquots. (40 μl = (1000 μl/300 μl) x 10^5 = 10^4 cells.)

FRI 1/30   4:00 PM — Fed and split BJs from remaining 10 cm plate and 6-well to 2 x 15 cm dishes.

In T6 plate, wells 1-3 show significant central islands, 4 is pretty trashed. All B18R- wells are trashed except one of the 2-2-4 replicates. All wells show more cellularity at the edge of the well. Phenotypes apparent, reminiscent of earlier, late-stage H+F trials.

Continued To Page/à la page/Fortsetzung bis Seite:
SIGNATURE/UNTERSCHRIFT        DATE/DATUM  1/29/09    PROPRIETARY INFORMATION BELONGING TO
DISCLOSED TO AND UNDERSTOOD BY:   DATE/DATUM  4/29/09
LU ET APPROUVÉ PAR
ÜBERPRÜFT UND FREIGEGEBEN DURCH:

BCH002662