# PMOS EXHIBIT 6

## PLAINTIFF'S 2011 EMAIL EXCHANGES WITH DIANNE MCCARTHY REGARDING THE IDI POLICY

## luigi.warren@outlook.com

| | |
|---|---|
| **Sent:** | Wednesday, March 23, 2011 6:53 PM |
| **To:** | McCarthy; Dianne |
| **Subject:** | Assignment agreement |

Dear Ms. McCarthy,

Thank you for sending me the full IDI policy document. On a first reading, it appears helpful on several points. Can you tell me, what is your basis for the assertion that I am obligated by these policies? Is there a contract I have signed which goes to this question? If so, please send me a copy and I will re-evaluate my position.

Thanks,

Luigi

## luigi.warren@outlook.com

| | |
|---|---|
| **From:** | McCarthy |
| **Sent:** | Wednesday, March 23, 2011 8:39 PM |
| **To:** | luigiwarren@sprint.blackberry.net |
| **Subject:** | RE: Assignment agreement |

Mr. Warren,

You have continued obligations to abide by IDI policies as a condition of employment at IDI.  As I indicated the letter, the policies benefit all inventors as well as IDI.


Dianne McCarthy
Chief Counsel for Research Affairs
Children's Hospital Boston
300 Longwood Avenue
Boston, MA 02115
617 355 4935
dianne.mccarthy@childrens.harvard.edu

Office of the General Counsel
617-355-6108
fax: 617-730-1952

-----Original Message-----
From: luigiwarren@sprint.blackberry.net [mailto:luigiwarren@sprint.blackberry.net]
Sent: Thursday, March 24, 2011 11:53 AM
To: McCarthy, Dianne
Subject: Assignment agreement

Dear Ms. McCarthy,

Thank you for sending me the full IDI policy document. On a first reading, it appears helpful on several points. Can you tell me, what is your basis for the assertion that I am obligated by these policies? Is there a contract I have signed which goes to this question? If so, please send me a copy and I will re-evaluate my position.

Thanks,

Luigi
Sent on the Sprint(r) Now Network from my BlackBerry(r)

**luigi.warren@outlook.com**

| | |
|---|---|
| **From:** | McCarthy |
| **Sent:** | Sunday, April 24, 2011 8:34 PM |
| **To:** | luigiwarren@sprint.blackberry.net |
| **Subject:** | Out of Office: Assignment of Interest in Certain Stem Cell ResearchTechnologyto IDI |

I am away from the office until Monday, April 25 and will respond to your e-mail when I return.  Thank you.  Dianne