# PMOS EXHIBIT 8

## PAYMENT ADVICE PROVIDED WITH PLAINTIFF'S DISTRIBUTIONS TO DATE



**TECHNOLOGY & INNOVATION DEVELOPMENT OFFICE**

CHILDREN'S HOSPITAL BOSTON·300 LONGWOOD AVENUE·BOSTON, MA 02115
Phone 617-919-3019 • Fax 617-919-3031 • TIDO@childrens.harvard.edu • www.childrensinnovations.org

September 21, 2015

Luigi Warren
3535 Lebon Dr, Apt. 4311
San Diego, CA 92122

Re: Royalty Distribution for CMCC Case #:     2085
    CMCC Lead Inventor: Rossi, Derrick
    Title: Reprogramming to pluripotency and directed differentiation of cell fate using modified RNAs

Dear Warren:

Congratulations! I am happy to enclose a check in the amount of $20,025.67, which is your share of royalties received on the case identified above.

If you have any questions regarding this matter, please contact me at (617) 919-3019.

Sincerely,

Ms. Lisa Pight
Financial Assistant

**Children's Hospital Boston**
*A teaching affiliate of Harvard Medical School*

**CMCC 2085**

**Aug-15**

| | | |
|---|---|---|
| Amount to Received | | $ 100,000.00 |
| Legal Fees | | |
| Amount to Distribute | | $ 100,000.00 |
| Cumulative Amount | | $ 100,000.00 |
| HSCI | 10% | $ 10,000.00 |
| BCH | 90% | $ 90,000.00 |

| ROSSI | | | | WARREN | | | | Actual | |
|---|---|---|---|---|---|---|---|---|---|
| $ 45,000.00 | | | | $ 45,000.00 | | | | | |
| Inv #1 | 70% | $ | 31,500.00 | INV #2 | 35% | $ | 15,750.00 | INV #1 | 31,500.00 |
| GRE | 20% | $ | 9,000.00 | DEPT | 25% | $ | 11,250.00 | INV #2 | 15,750.00 |
| IPO | 10% | $ | 4,500.00 | GRE | 30% | $ | 13,500.00 | PCMM | 5,625.00 |
| | | $ | 45,000.00 | IPO | 10% | $ | 4,500.00 | DEPT | 5,625.00 |
| | | | | | | $ | 45,000.00 | GRE | 22,500.00 |
| | | | | | | | | IPO | 9,000.00 |
| | | | | | | | | | 90,000.00 |

**CMCC 2085**

**Aug-15**

| | | |
|---|---|---|
| Amount to Received | | $ 29,139.31 |
| | | $ 1,992.22 |
| Amount to Distribute | | $ 27,147.09 |
| Cumulative Amount | | $ 127,147.09 |
| HSCI | 10% | $ 2,714.71 |
| BCH | 90% | $ 24,432.38 |

>100000.00

| ROSSI | | | | WARREN | | | | Actual | |
|---|---|---|---|---|---|---|---|---|---|
| $ 12,216.19 | | | | $ 12,216.19 | | | | | |
| Inv #1 | 45% | $ | 5,497.29 | INV #2 | 35% | $ | 4,275.67 | HSCI | 2,714.71 |
| Dept | 20% | $ | 2,443.24 | DEPT | 25% | $ | 3,054.05 | INV #1 | 5,497.29 |
| GRE | 25% | $ | 3,054.05 | GRE | 30% | $ | 3,664.86 | INV #2 | 4,275.67 |
| IPO | 10% | $ | 1,221.62 | IPO | 10% | $ | 1,221.62 | PCMM | 2,748.65 |
| | | $ | 12,216.19 | | | $ | 12,216.19 | DEPT | 2,748.65 |
| | | | | | | | | GRE | 6,718.90 |
| | | | | | | | | IPO | 2,443.23 |
| | | | | | | | | | 27,147.09 |



**TECHNOLOGY & INNOVATION DEVELOPMENT OFFICE**

CHILDREN'S HOSPITAL BOSTON·300 LONGWOOD AVENUE·BOSTON, MA 02115
Phone 617-919-3019 • Fax 617-919-3031 • TIDO@childrens.harvard.edu • www.childrensinnovations.org

April 11, 2016

Luigi Warren
3535 Lebon Dr, Apt. 4311
San Diego, CA 92122

Re:  Royalty Distribution for CMCC Case #:      2085
     CMCC Lead Inventor:  Rossi, Derrick
    Title:  Reprogramming to pluripotency and directed differentiation of cell fate using modified RNAs

Dear Luigi:

Congratulations! I am happy to enclose a check in the amount of $3,150.00, which is your share of royalties received on the case identified above.

If you have any questions regarding this matter, please contact me at (617) 919-3019.

Sincerely,

Ms. Lisa Pight
Financial Assistant

**Children's Hospital Boston**
*A teaching affiliate of Harvard Medical School*

# CMCC 2085 >100k

**CMCC 2085**
**Mar-16**

Amount to Received      $ 20,000.00
Amount to Distribute    $ 20,000.00
Cumulative Amount       $ 20,000.00

| | | |
|---|---:|---:|
| HSCI | 10% | $ 2,000.00 |
| BCH  | 90% | $ 18,000.00 |

**ROSSI**   $ 9,000.00

| | | | |
|---|---:|---|---:|
| Inv #1 | 45% | $ | 4,050.00 |
| Dept   | 20% | $ | 1,800.00 |
| GRE    | 25% | $ | 2,250.00 |
| IPO    | 10% | $ |   900.00 |
|        |     | $ | 9,000.00 |

**WARREN**   $ 9,000.00

| | | | |
|---|---:|---|---:|
| INV #2 | 35% | $ | 3,150.00 |
| DEPT   | 25% | $ | 2,250.00 |
| GRE    | 30% | $ | 2,700.00 |
| IPO    | 10% | $ |   900.00 |
|        |     | $ | 9,000.00 |

| Actual | | |
|---|---:|---:|
| HSCI  | 2,000.00 | 10% |
| INV #1 | 4,050.00 | 20% |
| INV #2 | 3,150.00 | 16% |
| PCMM  | 2,025.00 | 10% |
| DEPT  | 2,025.00 | 10% |
| GRE   | 4,950.00 | 25% |
| IPO   | 1,800.00 | 9% |
|       | 20,000.00 | 100% |



**TECHNOLOGY & INNOVATION**
**DEVELOPMENT OFFICE**

CHILDREN'S HOSPITAL BOSTON·300 LONGWOOD AVENUE·BOSTON, MA 02115
Phone 617-919-3019 • Fax 617-919-3031 • TIDO@childrens.harvard.edu • www.childrensinnovations.org

July 8, 2016

Luigi Warren
3535 Lebon Dr, Apt. 4311
San Diego, CA 92122

Re:  Royalty Distribution for CMCC Case #:    2085
      CMCC Lead Inventor:   Rossi, Derrick
      Title:  Reprogramming to pluripotency and directed differentiation of cell fate using modified RNAs

Dear Warren:

Congratulations! I am happy to enclose a check in the amount of $270.03, which is your share of royalties received on the case identified above.

If you have any questions regarding this matter, please contact me at (617) 919-3019.

Sincerely,

*Lisa Pight*

Ms. Lisa Pight
Financial Assistant

**Children's Hospital Boston**
*A teaching affiliate of Harvard Medical School*

# CMCC 2085 >100k

**CMCC 2085**
Jun-16

| | | |
|---|---|---|
| Amount to Received | $ | 1,714.48 |
| Amount to Distribute | $ | 1,714.48 |
| Cumulative Amount | $ | 1,714.48 |

| | | | |
|---|---|---|---|
| HSCI | 10% | $ | 171.45 |
| BCH | 90% | $ | 1,543.03 |

| ROSSI | | | | | |
|---|---|---|---|---|---|
| | $ | 771.52 | | | |
| Inv #1 | 45% | $ | 347.18 | | |
| Dept | 20% | $ | 154.30 | | |
| GRE | 25% | $ | 192.88 | | |
| IPO | 10% | $ | 77.15 | | |
| | | $ | 771.52 | | |

| WARREN | | | | |
|---|---|---|---|---|
| | $ | 771.52 | | |
| INV #2 | 35% | $ | 270.03 | |
| DEPT | 25% | $ | 192.88 | |
| GRE | 30% | $ | 231.45 | |
| IPO | 10% | $ | 77.15 | |
| | | $ | 771.52 | |

| Actual | | |
|---|---|---|
| HSCI | 171.45 | 10% |
| INV #1 | 347.18 | 20% |
| INV #2 | 270.03 | 16% |
| PCMM | 173.59 | 10% |
| DEPT | 173.59 | 10% |
| GRE | 424.33 | 25% |
| IPO | 154.30 | 9% |
| | 1,714.48 | 100% |

>100000.00


**Boston Children's Hospital**


HARVARD MEDICAL SCHOOL
TEACHING HOSPITAL

300 Longwood Avenue, Boston, MA 02115
617-355-6000 | bostonchildrens.org

January 9, 2017

Luigi Warren
7411 Herschel Avenue, Unit 3C
La Jolla, CA 92037

Re: Royalty Distribution for CMCC Case #:   2085
    CMCC Lead Inventor: Rossi, Derrick
    Title: Reprogramming to pluripotency and directed differentiation of cell fate using modified RNAs

Dear Warren:

Congratulations! I am happy to enclose a check in the amount of $1,036.35, which is your share of royalties received on the case identified above.

If you have any questions regarding this matter, please contact me at (617) 919-3019.

Sincerely,

*Lisa Pight*

Ms. Lisa Pight
Financial Assistant

# CMCC 2085 >100k

**CMCC 2085**
**Dec-16**

| | | |
|---|---|---|
| Amount to Received | $ | 6,580.00 |
| Amount to Distribute | $ | 6,580.00 |
| Cumulative Amount | $ | 6,580.00 |

| | | |
|---|---|---|
| HSCI | 10% | $ 658.00 |
| BCH | 90% | $ 5,922.00 |
| | | $ 2,961.00 |

**ROSSI**

| | | |
|---|---|---|
| Inv #1 | 45% | $ 1,332.45 |
| Dept | 20% | $ 592.20 |
| GRE | 25% | $ 740.25 |
| IPO | 10% | $ 296.10 |
| | | $ 2,961.00 |

**WARREN**

| | | |
|---|---|---|
| INV #2 | 35% | $ 1,036.35 |
| DEPT | 25% | $ 740.25 |
| GRE | 30% | $ 888.30 |
| IPO | 10% | $ 296.10 |
| | | $ 2,961.00 |

**Actual**

| | | |
|---|---|---|
| HSCI | 658.00 | 10% |
| INV #1 | 1,332.45 | 20% |
| INV #2 | 1,036.35 | 16% |
| PCMM | 666.23 | 10% |
| DEPT | 666.22 | 10% |
| GRE | 1,628.55 | 25% |
| IPO | 592.20 | 9% |
| | 6,580.00 | 100% |

>100000.00

 

**Boston Children's Hospital**
Until every child is well™

HARVARD MEDICAL SCHOOL
TEACHING HOSPITAL

300 Longwood Avenue, Boston, MA 02115
617-355-6000 | bostonchildrens.org

November 19, 2018

Luigi Warren
3535 LEBON DR., APT 4311
San Diego, CA 92122

Re: Royalty Distribution for CMCC Case #: 2085
    CMCC Lead Inventor: Rossi, Derrick
    Title: Reprogramming to pluripotency and directed differentiation of cell fate using modified RNAs

Dear Luigi:

Congratulations! I am happy to enclose a check in the amount of $6,816.69, which is your share of royalties received on the case identified above.

If you have any questions regarding this matter, please contact me at (617) 919-3019.

Sincerely,

*[signature]*
Lisa Pight

<u>Distribution Process</u>                                                                11/01/18

**Case #2085 Rossi, Derrick**
*Reprogramming to pluripotency and directed differentiation of cell fate using modified RNAs*

**Distribution Amount:**     $55,084.33

| | |
|---|---|
| *LEGAL* | *$0.00* |
| *POST LEGAL* | *$55,084.33* |
| **INST Harvard Stem Cell Institute 10%** | $5,508.43 |
| *INST CMCC 90%* | *$49,575.90* |
| **IPO 13.75%** | $6,816.68 |
| **GRE 28.75%** | $14,253.07 |
| **DEPT Medicine 10%** | $4,957.59 |
| **DIV PCMM Program 12.5%** | $6,196.99 |
| **LAB Rossi, Derrick 7.5%** | $3,718.19 |
| *INV 27.5%* | *$13,633.38* |
| **INV Rossi, Derrick 50%** | $6,816.69 |
| **INV Warren, Luigi 50%** | $6,816.69 |