# PMOS EXHIBIT 10

## THE IDI'S MODERNA EQUITY CERTIFICATES

 **Children's Medical Center Corporation**

300 Longwood Avenue
Boston, Massachusetts 02115

November 17, 2015

James R. Kasinger
General Counsel
Moderna Therapeutics, Inc.
320 Bent Street
Cambridge, MA 02141

*Subject: License and Shares in the name of Children's Medical Center Corporation*

Dear Mr. Kasinger,

Please accept this letter as the formal request to transfer to, and on the stock and unit certificates, in the name of **Children's Medical Center Corporation** all shares/units received under Moderna/IDI license entered on December 21, 2010 and as amended under the Amended and Restated Exclusive License Agreement of March 16, 2012. I note that Children's Medical Center Corporation became the sole corporate member of IDI in February 2009, and then IDI was merged into The Children's Hospital Corporation in October 2012. The Children's Hospital Corporation is a subsidiary of Children's Medical Center Corporation, which is the not-for-profit parent holding company that manages The Children's Hospital Corporation's investments and conducts fundraising activities for the benefit of The Children's Hospital Corporation. Please also note that we also intend to assign the IDI / Moderna license agreement indicated above to Children's Medical Center Corporation.

Per your request, enclosed please find original common stock certificates 7 and 8, for 272,959 shares and 58,572 shares, respectively, and certificate 2 for 472,966 units. Please forward the revised certificates to the following address:

Bruce Balter, Assistant Treasurer
Children's Medical Center Corporation
1295 Boylston Street, Suite 300
Boston, MA 02215

Please feel free to call me at 857-218-3489 should you have any questions. Thank you for your help with this matter.

Sincerely,

Bruce Balter
Assistant Treasurer

BCH003795



State of Delaware

Moderna Therapeutics, Inc.

Common Stock - No par value

**This Certifies that**    Immune Disease Institute, Inc.    *is the*

*registered holder of*    ** Two Hundred Seventy-Two Thousand Nine Hundred Fifty-Nine (272,959) **    *Shares*

of Common Stock of Moderna Therapeutics, Inc.

*transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.*

**In Witness Whereof,** *the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this*____31st____*day of*____December____*A.D. 20*10

President

Secretary

Transfer Restricted - See Reverse Side Hereof



State of Delaware

**Moderna Therapeutics, Inc.**

Common Stock $0.0001 par value

This Certifies that                Immune Disease Institute, Inc.                is the

registered holder of        ** Fifty-Eight Thousand Five Hundred Seventy-Two (58,572) **        Shares

of Common Stock of Moderna Therapeutics, Inc.

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this ____29th____ day of ____March____ A.D. 20 11

President                                                                Secretary



State of Delaware

**Moderna LLC**

No Par Value

**This Certifies that** _____ Immune Disease Institute, Inc. _____ *is the*

*registered holder of* ** Four Hundred Seventy-Two Thousand Nine Hundred Sixty-Six (472,966) ** _____ *Shares*

of Common Units of Moderna LLC

*transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.*

*In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this* ___7th___ *day of* ___October___ *A.D. 20* 13

S. Bancel

President

S. Bancel

Treasurer

© GOES 720