# PMOS EXHIBIT 12

## EXHIBIT 4 OF RYAN DIETZ'S DECEMBER 6, 2018 DEPOSITION LIST OF MEMBERS OF THE BCH BOARD





Dietz
EXHIBIT NO. 4
MCL 12/6/18

Newsletter   Contact Us

MENU                                                                 GIVE NOW

# Boston Children's Hospital Board

Hospital board members contribute their time and expertise to Boston Children's mission, facilities oversight, hospital policies, medical ethics and hospital budget and finance.

Chair: Stephen R. Karp
Douglas Berthiaume
Allan Bufferd, PhD
Kevin B. Churchwell, MD*
Alex Dimitrief
Sandra L. Fenwick*
Steven Fishman, MD*
Gary Fleisher, MD*
Winston Henderson
Paul R. Hickey, MD*
James Kasser, MD*
Steven Krichmar
Robert Langer, ScD
Harvey Lodish, PhD
Gary Loveman, PhD
Sheila Marcelo
Ralph C. Martin, II
Thomas Melendez
Kathleen Regan
Robert A. Smith
Alison Taunton-Rigby, PhD
Marc Wolpow
Laura Wood*
Greg Young, MD*

Hospital Board »

Trust Board »

Philanthropic Board of Advisors »

Chairman's Council »

Boston Children's Hospital League »



About Boston Children's Hospital Trust

Event Calendar

Give Now

Contact Us

Sign Up For Newsletter

Privacy Policy

Boston Children's Hospital Main Site

Boston Children's Hospital Trust

401 Park Drive, Suite 602

Boston, MA 02215 | 617-355-6890