# PMOS EXHIBIT 14

## EMAIL FROM PROF. ROSSI TO BCH MANAGEMENT RE THE LAB SHARE

Redaction

**From:** Rossi, Derrick
**Sent:** Tuesday, October 24, 2017 11:16 AM
**To:** Abrams, Irene; Fleisher, Gary; Alt, Frederick
**Subject:** Re: royalties

Dear Gary, Irene and Fred
I'd like to finalize the agreed upon royalty distribution scheme agreed upon by all (see below). i am contemplating keeping the lab running and the 7.5% for the lab (outlined below) is a critical factor in my decision making process. Please let me know what can be done to finalize this process.
many thanks
derrick


**From:** Rossi, Derrick
**Sent:** Friday, June 09, 2017 10:36 AM
**To:** Abrams, Irene
**Subject:** Re: royalties

Hi Irene
Just following up to see if BCH/TIDO finalized the paperwork associated with the royal structure outlined in your last email?
If you have a chance to connect sometime, let me know.
Cheers
Derrick

1

Derrick J. Rossi
Associate Professor
Department of Stem Cell and Regenerative Biology
Harvard Medical School
Harvard Stem Cell Institute
Program in Cellular and Molecular Medicine
Boston Children's Hospital
200 Longwood Ave
Warren Alpert 149e

Boston MA 02115
Office: 617 713 8900
Fax: 617 713 8910

Abigail O'Neil
Administrative Assistant
Tel: 617-713-8999

On Apr 26, 2017, at 5:48 PM, Abrams, Irene <Irene.Abrams@childrens.harvard.edu> wrote:

| Stakeholder | Rossi Proposal |
|---|---|
| Inventors | 27.50% |
| DOM | 10% |
| PCMM | 12.50% |
| BCH/TIDO | 42.5% |
| Rossi Lab | 7.5% |
|  | 100.00% |

Irene Abrams
Senior Director
Technology & Innovation Development Office
Boston Children's Hospital
617-919-3026 | irene.abrams@childrens.harvard.edu
www.childrensinnovations.org

BCH001110