# PMOS EXHIBIT 15

## EXHIBIT 6 OF RYAN DIETZ'S DECEMBER 6, 2018 DEPOSITION: USPTO DECLARATIONS RE INVENTION



Practitioner's Docket No. 033393-067445-C2                                  *PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In re application of: | Derrick Rossi | | |
|---|---|---|---|
| Application No.: | 13/590,902 | Art Unit: | 1632 |
| Filing or 371 (c) Date: | 08/21/2012 | Examiner: | WILSON, Michael C. |
| Confirmation No.: | 2283 | | |
| For: | KITS AND METHOD FOR SUSTAINED POLYPEPTIDE EXPRESSION USING SYNTHETIC, MODIFIED RNAS | | |

### DECLARATION UNDER 37 C.F.R. 1.131

We, Derrick ROSSI and Luigi WARREN, hereby declare that:

1.  We are the co-inventors of the above-identified patent application.

2.  We have been advised that the following publications have been brought to the attention of the U.S. PTO in this application:

    a.  U.S. Patent Application Publication by Yanik et al. published October 28, 2010 and filed on **April 22, 2009** ("Yanik"), described as "disclosing a kit for making induced pluripotent stem (iPS) cells comprising a linear DNA encoding an OCT4 mRNA, a linear DNA encoding an SOX2 mRNA, a linear DNA encoding an KLF4 mRNA, and a linear DNA encoding an c-MYC mRNA."

    b.  Papapetrou et al. Proc. Natl. Acad. Sci USA 106: 12759-64; published on **August 4, 2009** ("Papapetrou"), described as disclosing "that making induced pluripotent stem (iPS) cells from a fibroblast cell by expressing OCT4, SOX2, KLF4, and c-MYC is most effective when OCT4 is provided in molar excess of at least three times the concentration of the remaining factors"; and

    c.  MEGAscript Kit Product Manual, Ambion/Invitrogen website, http://tools.invitrogen.com/content/sfs/manual/cms_072987.pdf; published on **October 27, 2009** ("Ambion") described as disclosing "art accepted methods for synthesizing mRNAs, and is representative of in vitro transcription kit manuals."

3.  Prior to April 22, 2009, August 4, 2009, and October 27, 2009, we had already conceived a method of using direct RNA delivery to cells to make iPS cells using the Yamanaka transcription factors.

4.  We submit true and accurate copies, with dates redacted, of notebook pages predating April 22, 2009, August 4, 2009, or October 27, 2009, as Exhibit A.

U.S.S.N. 13/590,902
Declaration under 37 C.F.R. 1.131
Page 2 of 2

5.  As shown at page 74 of book 3, we describe that we conceived using direct RNA transcripts to induce iPS cell production.  Specifically, the notebook describes a "project to see if sustained transient transfection of Yamanaka factor T7 transcripts can induce iPS."

6.  All the work described herein was performed in the United States.

7.  Therefore, prior to April 22, 2009, August 4, 2009, and October 27, 2009, as evidenced by Exhibit A, we had conceived a method of making iPS cells using direct injection of transcripts of the Yamanaka factors without viral vectors and outlined linear T7 in vitro transcription templates for each of the transcripts.

8.  We worked diligently to reduce the invention into practice.

9.  We hereby declare that all statements made of our own knowledge are true and that all statements made on information and belief are believed to be true, and that willful false statements and the like are punishable by fine or imprisonment, or both (18 U.S.C. §1001) and may jeopardize the validity of the application or any patent issuing thereon.

Signature: _____     Date: _____

Derrick ROSSI

Signature: _____     Date: 4/15/13

Luigi WARREN

Practitioner's Docket No. 033393-067444-C1

*PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re application of: | Derrick Rossi | | |
| Application No.: | 13/590,880 | Art Unit: | 1632 |
| Filing or 371 (c) Date: | 08/21/2012 | Examiner: | WILSON, Michael C. |
| Confirmation No.: | 7675 | | |
| For: | SUSTAINED POLYPEPTIDE EXPRESSION FROM SYNTHETIC, MODIFIED RNAS AND USES THEREOF | | |

**VIA EFS WEB**
Commissioner for Patents
P. O. Box 1450
Alexandria, VA  22313-1450

## DECLARATION UNDER 37 C.F.R. 1.131

We, Derrick ROSSI and Luigi WARREN, hereby declare that:

1.  We are the co-inventors of the above-identified patent application.

2.  We have been advised that the following publication have been brought to the attention of the U.S. PTO in this application:

    a.  U.S. Patent Application Publication by Yanik et al. published October 28, 2010 and filed on **April 22, 2009** ("Yanik"), described as "disclosing a kit for making induced pluripotent stem (iPS) cells comprising a linear DNA encoding an OCT4 mRNA, a linear DNA encoding an SOX2 mRNA, a linear DNA encoding an KLF4 mRNA, and a linear DNA encoding an c-MYC mRNA."

3.  Prior to April 22, 2009, we had already conceived a method of using direct RNA delivery to cells to make iPS cells using the Yamanaka transcription factors.

4.  We submit true and accurate copies, with dates redacted, of notebook pages predating April 22, 2009, as Exhibit A.

5.  As shown at page 74 of book 3, we describe that we conceived using direct RNA transcripts to induce iPS cell production.  Specifically, the notebook describes a "project to see if sustained transient transfection of Yamanaka factor T7 transcripts can induce iPS."

6.  All the work described herein was performed in the United States.

U.S.S.N.: 13/590,880
Declaration under 37 C.F.R. 1.131
Page 2 of 2

7.  Therefore, prior to April 22, 2009, as evidenced by Exhibit A, we had conceived a method of making iPS cells using direct injection of transcripts of the Yamanaka factors without viral vectors and outlined linear T7 in vitro transcription templates for each of the transcripts.

8.  We worked diligently to reduce the invention into practice.

9.  We hereby declare that all statements made of our own knowledge are true and that all statements made on information and belief are believed to be true, and that willful false statements and the like are punishable by fine or imprisonment, or both (18 U.S.C. §1001) and may jeopardize the validity of the application or any patent issuing thereon.

Signature: _____     Date:_____
Derrick ROSSI

Signature: _____     Date: 4/15/13
Luigi WARREN

Attorney Docket No.: 701039-067448-C
U.S. Serial No.: 14/311,545

## DECLARATION UNDER 37 CFR §1.63 FOR UTILITY APPLICATION USING AN APPLICATION DATA SHEET

TITLE OF INVENTION:

### SUSTAINED POLYPEPTIDE EXPRESSION FROM SYNTHETIC, MODIFIED RNAS AND USES THEREOF

As the below named inventor, I hereby declare that:

This Declaration is directed to:

□     The attached application, or

■     United States application number 14/311,545 filed on June 23, 2014, and amended on August 8, 2014.

■     I have reviewed the preliminary amendment filed August 8, 2014.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

Attorney Docket No.: 701039-067448-C
U.S. Serial No.: 14/311,545

I hereby further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that any willful false statements and the like so made in this declaration are punishable by fine or imprisonment of not more than 5 years, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| LEGAL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|---|
| | ROSSI | DERRICK | |

| Signature of Inventor – | Date: |
|---|---|
| | |

| LEGAL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|---|
| | WARREN | LUIGI | |

| Signature of Inventor: | Date: 12/16/14 |
|---|---|
| | |