# United States District Court
# District of Massachusetts

LUIGI WARREN,
Plaintiff,

v.

CIVIL ACTION NO. 2017-12472-DLC

THE CHILDREN'S HOSPITAL
CORPORATION,
Defendant.

***REPORT RE: REFERENCE FOR***
***ALTERNATIVE DISPUTE RESOLUTION TO JUDGE***

COLLINGS, U.S.M.J.

On May 16, 2019 I held the following ADR proceedings at Boston:

| | | | |
|---|---|---|---|
| ______ | EARLY NEUTRAL EVALUATION | ___X___ | MEDIATION |
| ______ | MINI-TRIAL | ______ | SUMMARY JURY TRIAL |

The plaintiff appeared by telephone *pro se;* the defendant was represented by counsel.

[X ] The case DID NOT SETTLE. Litigation should proceed forthwith.

May 16, 2019.
DATE

*Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Copy to: Judge Cabell, Brendan Garvin