UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIGI WARREN,<br><br>          Plaintiff<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>          Defendant | Civ. A. No. 17-12472-DLC |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

Plaintiff moves this court for an order pursuant to Fed. R. Civ. P. 15(a) for leave to file an amended complaint. A copy of the proposed amended complaint is filed as an attachment to this motion. The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Plaintiff respectfully requests that this court grant Plaintiff's motion for leave to file an amended complaint.

Respectfully submitted,

    /s/ Luigi Warren    
Luigi Warren (Pro Se)
202 S. Raymond Avenue, #205
Pasadena, CA 91105
Tel: (617) 275-1489
luigi.warren@outlook.com

Dated: March 3, 2020

## **RULE 7.1 CERTIFICATE**

      I, Luigi Warren, hereby certify that, in accordance with Local Rule 7.1, I corresponded by email with defendant's counsel, who stated that defendant would not assent to this motion.

                                            /s/ Luigi Warren
                                          Luigi Warren (Pro Se)

## **CERTIFICATE OF SERVICE**

    I, Luigi Warren, hereby certify that, in accordance with Local Rule 5.2(b), the foregoing document was filed through the ECF system on March 3, 2020 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              /s/ Luigi Warren
                                            Luigi Warren (Pro Se)