UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIGI WARREN,<br><br>   Plaintiff<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>   Defendant | Civ. A. No. 17-12472-DLC |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk:

 Please note that Luigi Warren, pro se plaintiff, has a new address as of March 12, 2020:

155 Cordova Street, #104, Pasadena, CA 91105.

       Respectfully submitted,


        /s/ Luigi Warren
       Luigi Warren (Pro Se)
       155 Cordova Street, #104
       Pasadena, CA 91105
       Tel: (617) 275-1489
       luigi.warren@outlook.com

       Dated: March 11, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on March 11, 2020.

    /s/ Luigi Warren
Luigi Warren (Pro Se)