UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIGI WARREN,<br><br>       Plaintiffs,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORP.,<br><br>       Defendant | Civ. A. No. 17-12472-DLC |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Theodore J. Folkman's address and firm affiliation have changed to the following:

    Theodore J. Folkman
    Folkman LLC
    PO Box 116
    Boston, MA 02131
    (617) 646-9980
    ted@folkman.law

                                        Respectfully submitted,

                                        THE CHILDREN'S HOSPITAL CORP.

                                        By its attorney:

                                        /s/ Theodore J. Folkman
                                        Theodore J. Folkman
                                        FOLKMAN LLC
                                        PO Box 116
                                        Boston, MA 02131
                                        (617) 646-9980
                                        ted@folkman.law

Dated:  April 2, 2020