UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIGI WARREN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>　　　　Defendant | Civ. A. No. 17-12472-DLC |

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Christina N. Lindberg hereby requests leave to withdraw as counsel for Defendant, The Children's Hospital Corporation, in the above-captioned matter. In support of this request, the undersigned states that Defendant will continue to be represented by Theodore J. Folkman of Folkman LLC. Mr. Folkman initially entered his appearance on January 4, 2018 and will continue to represent Defendant going forward. The undersigned has served this motion on Defendant in compliance with L.R. 83.5.2(d).

Dated: April 8, 2020

Respectfully submitted,

*/s/ Christina Lindberg*
Christina Lindberg (BBO No. 690443)
Pierce Bainbridge Beck Price & Hecht LLP
One Liberty Square, 13th Floor
Boston, MA 02109
Tel: (617) 313-07401
Fax: (617) 313-7837
clindberg@piercebainbridge.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                             */s/ Christina Lindberg*
                                             Christina Lindberg