**FOLKMAN LLC**

PO BOX 116, BOSTON, MA 02131 USA

THEODORE J. FOLKMAN
TED@FOLKMAN.LAW
+1 (617) 646-9980

April 22, 2020

*By ECF*

Hon. Donald L. Cabell
U.S. District Court for the District of Mass.
1 Courthouse Way
Boston, MA 02210

    re:    *Warren v. Children's Hospital Corp.,* No. 17-12472

Dear Judge Cabell:

    On April 18, the Hospital filed an assented-to motion to impound certain information that will be included in its opposition to Dr. Warren's motion for leave to file an amended complaint. (ECF 81). The Court granted the motion on April 21. (ECF 82).

    Although Dr. Warren and I had communicated by email about the motion before I filed it, and although I had understood that the motion was assented, Dr. Warren has told me that he did not share that understanding and that the motion was not assented. Rather than litigating the issue of whether the motion was or was not assented, I request that the Court vacate its April 21 order and deny the assented-to motion without prejudice as moot. I will then serve and file an opposed motion, so that the Court can consider the arguments for and against sealing.

    Dr. Warren has reviewed this letter and assents to the relief it seeks.

                              Sincerely,

                              */s/ Theodore J. Folkman*

                              Theodore J. Folkman