| Date | Adj Close |
|---|---|
| 12/7/2018 | $ 18.60 |
| 12/10/2018 | $ 18.80 |
| 12/11/2018 | $ 18.01 |
| 12/12/2018 | $ 18.68 |
| 12/13/2018 | $ 18.76 |
| 12/14/2018 | $ 18.32 |
| 12/17/2018 | $ 17.00 |
| 12/18/2018 | $ 17.00 |
| 12/19/2018 | $ 16.18 |
| 12/20/2018 | $ 15.50 |
| 12/21/2018 | $ 14.47 |
| 12/24/2018 | $ 14.03 |
| 12/26/2018 | $ 13.52 |
| 12/27/2018 | $ 14.65 |
| 12/28/2018 | $ 14.15 |
| 12/31/2018 | $ 15.27 |
| 1/2/2019 | $ 15.33 |
| 1/3/2019 | $ 15.50 |
| 1/4/2019 | $ 16.96 |
| 1/7/2019 | $ 16.27 |
| 1/8/2019 | $ 16.95 |
| 1/9/2019 | $ 16.33 |
| 1/10/2019 | $ 16.48 |
| 1/11/2019 | $ 17.00 |
| 1/14/2019 | $ 16.74 |
| 1/15/2019 | $ 16.59 |
| 1/16/2019 | $ 16.26 |
| 1/17/2019 | $ 16.31 |
| 1/18/2019 | $ 16.69 |
| 1/22/2019 | $ 15.56 |
| 1/23/2019 | $ 14.79 |
| 1/24/2019 | $ 14.64 |
| 1/25/2019 | $ 14.91 |
| 1/28/2019 | $ 14.45 |
| 1/29/2019 | $ 14.63 |
| 1/30/2019 | $ 15.13 |
| 1/31/2019 | $ 16.60 |
| 2/1/2019 | $ 16.22 |
| 2/4/2019 | $ 16.27 |
| 2/5/2019 | $ 17.18 |
| 2/6/2019 | $ 18.14 |
| 2/7/2019 | $ 17.05 |
| 2/8/2019 | $ 17.99 |
| 2/11/2019 | $ 18.17 |
| 2/12/2019 | $ 18.69 |
| 2/13/2019 | $ 18.53 |

| Date | Amount |
|---|---|
| 2/14/2019 | $ 19.66 |
| 2/15/2019 | $ 21.44 |
| 2/19/2019 | $ 20.83 |
| 2/20/2019 | $ 19.92 |
| 2/21/2019 | $ 19.34 |
| 2/22/2019 | $ 19.88 |
| 2/25/2019 | $ 21.65 |
| 2/26/2019 | $ 23.70 |
| 2/27/2019 | $ 22.10 |
| 2/28/2019 | $ 22.60 |
| 3/1/2019 | $ 22.27 |
| 3/4/2019 | $ 21.12 |
| 3/5/2019 | $ 21.37 |
| 3/6/2019 | $ 20.65 |
| 3/7/2019 | $ 20.59 |
| 3/8/2019 | $ 20.93 |
| 3/11/2019 | $ 20.43 |
| 3/12/2019 | $ 19.26 |
| 3/13/2019 | $ 19.97 |
| 3/14/2019 | $ 20.82 |
| 3/15/2019 | $ 21.82 |
| 3/18/2019 | $ 22.18 |
| 3/19/2019 | $ 20.35 |
| 3/20/2019 | $ 20.00 |
| 3/21/2019 | $ 19.34 |
| 3/22/2019 | $ 19.00 |
| 3/25/2019 | $ 19.40 |
| 3/26/2019 | $ 19.90 |
| 3/27/2019 | $ 19.27 |
| 3/28/2019 | $ 19.66 |
| 3/29/2019 | $ 20.35 |
| 4/1/2019 | $ 20.59 |
| 4/2/2019 | $ 19.70 |
| 4/3/2019 | $ 21.33 |
| 4/4/2019 | $ 23.08 |
| 4/5/2019 | $ 25.96 |
| 4/8/2019 | $ 27.23 |
| 4/9/2019 | $ 26.82 |
| 4/10/2019 | $ 26.80 |
| 4/11/2019 | $ 25.73 |
| 4/12/2019 | $ 24.61 |
| 4/15/2019 | $ 25.84 |
| 4/16/2019 | $ 23.78 |
| 4/17/2019 | $ 23.50 |
| 4/18/2019 | $ 22.51 |
| 4/22/2019 | $ 23.63 |
| 4/23/2019 | $ 24.70 |

| Date | Amount |
|---|---|
| 4/24/2019 | $ 25.76 |
| 4/25/2019 | $ 25.74 |
| 4/26/2019 | $ 26.26 |
| 4/29/2019 | $ 25.14 |
| 4/30/2019 | $ 26.03 |
| 5/1/2019 | $ 26.40 |
| 5/2/2019 | $ 28.34 |
| 5/3/2019 | $ 27.20 |
| 5/6/2019 | $ 27.10 |
| 5/7/2019 | $ 24.55 |
| 5/8/2019 | $ 23.54 |
| 5/9/2019 | $ 23.26 |
| 5/10/2019 | $ 24.92 |
| 5/13/2019 | $ 24.43 |
| 5/14/2019 | $ 23.59 |
| 5/15/2019 | $ 23.12 |
| 5/16/2019 | $ 23.46 |
| 5/17/2019 | $ 23.08 |
| 5/20/2019 | $ 22.60 |
| 5/21/2019 | $ 22.70 |
| 5/22/2019 | $ 22.00 |
| 5/23/2019 | $ 21.38 |
| 5/24/2019 | $ 21.83 |
| 5/28/2019 | $ 21.54 |
| 5/29/2019 | $ 21.70 |
| 5/30/2019 | $ 21.49 |
| 5/31/2019 | $ 20.78 |
| 6/3/2019 | $ 19.85 |
| 6/4/2019 | $ 19.47 |
| 6/5/2019 | $ 17.70 |
| 6/6/2019 | $ 17.94 |
| 6/7/2019 | $ 17.52 |
| 6/10/2019 | $ 15.67 |
| 6/11/2019 | $ 16.00 |
| 6/12/2019 | $ 16.30 |
| 6/13/2019 | $ 16.16 |
| 6/14/2019 | $ 15.40 |
| 6/17/2019 | $ 15.77 |
| 6/18/2019 | $ 15.74 |
| 6/19/2019 | $ 15.50 |
| 6/20/2019 | $ 15.18 |
| 6/21/2019 | $ 14.70 |
| 6/24/2019 | $ 14.04 |
| 6/25/2019 | $ 13.77 |
| 6/26/2019 | $ 13.70 |
| 6/27/2019 | $ 14.34 |
| 6/28/2019 | $ 14.64 |

| Date | Amount |
|---|---|
| 7/1/2019 | $ 14.73 |
| 7/2/2019 | $ 14.40 |
| 7/3/2019 | $ 15.31 |
| 7/5/2019 | $ 14.96 |
| 7/8/2019 | $ 14.29 |
| 7/9/2019 | $ 14.85 |
| 7/10/2019 | $ 14.48 |
| 7/11/2019 | $ 14.44 |
| 7/12/2019 | $ 14.20 |
| 7/15/2019 | $ 14.32 |
| 7/16/2019 | $ 14.14 |
| 7/17/2019 | $ 14.03 |
| 7/18/2019 | $ 14.26 |
| 7/19/2019 | $ 14.11 |
| 7/22/2019 | $ 14.05 |
| 7/23/2019 | $ 13.60 |
| 7/24/2019 | $ 14.47 |
| 7/25/2019 | $ 13.51 |
| 7/26/2019 | $ 14.12 |
| 7/29/2019 | $ 13.69 |
| 7/30/2019 | $ 13.40 |
| 7/31/2019 | $ 13.10 |
| 8/1/2019 | $ 13.01 |
| 8/2/2019 | $ 12.73 |
| 8/5/2019 | $ 12.26 |
| 8/6/2019 | $ 12.29 |
| 8/7/2019 | $ 12.85 |
| 8/8/2019 | $ 13.19 |
| 8/9/2019 | $ 13.33 |
| 8/12/2019 | $ 13.02 |
| 8/13/2019 | $ 13.30 |
| 8/14/2019 | $ 12.74 |
| 8/15/2019 | $ 12.67 |
| 8/16/2019 | $ 13.16 |
| 8/19/2019 | $ 13.40 |
| 8/20/2019 | $ 14.15 |
| 8/21/2019 | $ 14.29 |
| 8/22/2019 | $ 14.16 |
| 8/23/2019 | $ 13.88 |
| 8/26/2019 | $ 14.97 |
| 8/27/2019 | $ 14.51 |
| 8/28/2019 | $ 14.82 |
| 8/29/2019 | $ 15.18 |
| 8/30/2019 | $ 15.73 |
| 9/3/2019 | $ 14.88 |
| 9/4/2019 | $ 15.42 |
| 9/5/2019 | $ 15.53 |

| Date | Amount |
|---|---|
| 9/6/2019 | $ 15.88 |
| 9/9/2019 | $ 16.03 |
| 9/10/2019 | $ 17.09 |
| 9/11/2019 | $ 15.92 |
| 9/12/2019 | $ 16.40 |
| 9/13/2019 | $ 16.71 |
| 9/16/2019 | $ 17.05 |
| 9/17/2019 | $ 17.66 |
| 9/18/2019 | $ 17.78 |
| 9/19/2019 | $ 17.90 |
| 9/20/2019 | $ 18.07 |
| 9/23/2019 | $ 17.83 |
| 9/24/2019 | $ 17.82 |
| 9/25/2019 | $ 17.18 |
| 9/26/2019 | $ 16.34 |
| 9/27/2019 | $ 15.90 |
| 9/30/2019 | $ 15.92 |
| 10/1/2019 | $ 14.81 |
| 10/2/2019 | $ 14.86 |
| 10/3/2019 | $ 15.07 |
| 10/4/2019 | $ 15.51 |
| 10/7/2019 | $ 15.47 |
| 10/8/2019 | $ 15.31 |
| 10/9/2019 | $ 14.20 |
| 10/10/2019 | $ 14.16 |
| 10/11/2019 | $ 14.06 |
| 10/14/2019 | $ 13.93 |
| 10/15/2019 | $ 14.33 |
| 10/16/2019 | $ 14.15 |
| 10/17/2019 | $ 14.54 |
| 10/18/2019 | $ 14.81 |
| 10/21/2019 | $ 15.50 |
| 10/22/2019 | $ 15.92 |
| 10/23/2019 | $ 16.90 |
| 10/24/2019 | $ 16.59 |
| 10/25/2019 | $ 17.01 |
| 10/28/2019 | $ 17.03 |
| 10/29/2019 | $ 16.99 |
| 10/30/2019 | $ 17.14 |
| 10/31/2019 | $ 16.75 |
| 11/1/2019 | $ 15.66 |
| 11/4/2019 | $ 16.80 |
| 11/5/2019 | $ 16.89 |
| 11/6/2019 | $ 16.13 |
| 11/7/2019 | $ 17.50 |
| 11/8/2019 | $ 17.49 |
| 11/11/2019 | $ 17.40 |

| Date | Price |
|---|---|
| 11/12/2019 | $ 17.99 |
| 11/13/2019 | $ 18.25 |
| 11/14/2019 | $ 18.34 |
| 11/15/2019 | $ 19.37 |
| 11/18/2019 | $ 19.45 |
| 11/19/2019 | $ 19.36 |
| 11/20/2019 | $ 20.18 |
| 11/21/2019 | $ 20.20 |
| 11/22/2019 | $ 20.69 |
| 11/25/2019 | $ 20.00 |
| 11/26/2019 | $ 20.33 |
| 11/27/2019 | $ 20.37 |
| 11/29/2019 | $ 20.36 |
| 12/2/2019 | $ 19.76 |
| 12/3/2019 | $ 21.28 |
| 12/4/2019 | $ 21.27 |
| 12/5/2019 | $ 20.64 |
| 12/6/2019 | $ 18.94 |
| 12/9/2019 | $ 18.78 |
| 12/10/2019 | $ 18.87 |
| 12/11/2019 | $ 18.65 |
| 12/12/2019 | $ 18.45 |
| 12/13/2019 | $ 18.62 |
| 12/16/2019 | $ 18.52 |
| 12/17/2019 | $ 18.44 |
| 12/18/2019 | $ 18.64 |
| 12/19/2019 | $ 19.41 |
| 12/20/2019 | $ 19.83 |
| 12/23/2019 | $ 19.70 |
| 12/24/2019 | $ 19.75 |
| 12/26/2019 | $ 19.86 |
| 12/27/2019 | $ 19.52 |
| 12/30/2019 | $ 19.05 |
| 12/31/2019 | $ 19.56 |
| 1/2/2020 | $ 19.23 |
| 1/3/2020 | $ 18.89 |
| 1/6/2020 | $ 18.13 |
| 1/7/2020 | $ 17.78 |
| 1/8/2020 | $ 17.98 |
| 1/9/2020 | $ 18.40 |
| 1/10/2020 | $ 19.14 |
| 1/13/2020 | $ 20.26 |
| 1/14/2020 | $ 20.00 |
| 1/15/2020 | $ 20.24 |
| 1/16/2020 | $ 21.01 |
| 1/17/2020 | $ 20.62 |
| 1/21/2020 | $ 20.94 |

| Date | Amount |
|---|---|
| 1/22/2020 | $ 21.97 |
| 1/23/2020 | $ 21.47 |
| 1/24/2020 | $ 21.12 |
| 1/27/2020 | $ 22.74 |
| 1/28/2020 | $ 22.36 |
| 1/29/2020 | $ 20.55 |
| 1/30/2020 | $ 20.99 |
| 1/31/2020 | $ 20.51 |
| 2/3/2020 | $ 20.38 |
| 2/4/2020 | $ 20.87 |
| 2/5/2020 | $ 20.05 |
| 2/6/2020 | $ 19.88 |
| 2/7/2020 | $ 23.24 |
| 2/10/2020 | $ 23.65 |
| 2/11/2020 | $ 21.35 |
| 2/12/2020 | $ 19.01 |
| 2/13/2020 | $ 19.05 |
| 2/14/2020 | $ 19.00 |
| 2/18/2020 | $ 18.91 |
| 2/19/2020 | $ 18.92 |
| 2/20/2020 | $ 18.54 |
| 2/21/2020 | $ 18.23 |
| 2/24/2020 | $ 18.59 |
| 2/25/2020 | $ 23.76 |
| 2/26/2020 | $ 29.16 |
| 2/27/2020 | $ 26.16 |
| 2/28/2020 | $ 25.93 |
| 3/2/2020 | $ 29.88 |
| 3/3/2020 | $ 27.91 |
| 3/4/2020 | $ 27.49 |
| 3/5/2020 | $ 28.01 |
| 3/6/2020 | $ 29.61 |
| 3/9/2020 | $ 24.29 |
| 3/10/2020 | $ 22.34 |
| 3/11/2020 | $ 23.61 |
| 3/12/2020 | $ 22.30 |
| 3/13/2020 | $ 21.30 |
| 3/16/2020 | $ 26.49 |
| 3/17/2020 | $ 28.18 |
| 3/18/2020 | $ 31.58 |
| 3/19/2020 | $ 28.27 |
| 3/20/2020 | $ 28.20 |
| 3/23/2020 | $ 26.57 |
| 3/24/2020 | $ 25.82 |
| 3/25/2020 | $ 27.13 |
| 3/26/2020 | $ 27.94 |
| 3/27/2020 | $ 30.05 |

| Date | Amount |
|---|---|
| 3/30/2020 | $ 30.48 |
| 3/31/2020 | $ 29.95 |
| 4/1/2020 | $ 29.67 |
| 4/2/2020 | $ 33.20 |
| 4/3/2020 | $ 34.84 |
| 4/6/2020 | $ 34.64 |
| 4/7/2020 | $ 32.02 |
| 4/8/2020 | $ 32.42 |
| 4/9/2020 | $ 31.86 |
| 4/13/2020 | $ 32.90 |
| 4/14/2020 | $ 34.66 |
| 4/15/2020 | $ 37.25 |
| 4/16/2020 | $ 40.60 |
| 4/17/2020 | $ 46.85 |
| 4/20/2020 | $ 51.69 |
| 4/21/2020 | $ 49.26 |
| 4/22/2020 | $ 51.20 |
| 4/23/2020 | $ 47.44 |
| 4/24/2020 | $ 50.50 |
| 4/27/2020 | $ 48.05 |
| 4/28/2020 | $ 47.88 |
| 4/29/2020 | $ 46.37 |
| 4/30/2020 | $ 45.99 |
| 5/1/2020 | $ 47.93 |
| 5/4/2020 | $ 50.50 |
| 5/5/2020 | $ 49.34 |
| 5/6/2020 | $ 48.95 |
| 5/7/2020 | $ 53.19 |
| 5/8/2020 | $ 59.25 |