## MRNA SALES for CHILDRENS MEDICAL CENTER 625-019283-636

| Account | Activity Date | Activity | Description | Symbol/Cusip | Price($) |
|---|---|---|---|---|---|
| 625-019283 | 09/23/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2666I438 SEC ID: E3BR4 | MRNA | 17.9326 |
| 625-019283 | 09/20/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2639I389 SEC ID: E3BR4 | MRNA | 18.0121 |
| 625-019283 | 09/19/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2629I139 SEC ID: E3BR4 | MRNA | 18.0540 |
| 625-019283 | 09/18/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2616I298 SEC ID: E3BR4 | MRNA | 17.6555 |
| 625-019283 | 09/17/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2609M360 SEC ID: E3BR4 | MRNA | 17.4649 |
| 625-019283 | 09/16/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2591M269 SEC ID: E3BR4 | MRNA | 17.1362 |
| 625-019283 | 09/13/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2566U695 SEC ID: E3BR4 | MRNA | 16.7178 |
| 625-019283 | 09/12/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2554K252 SEC ID: E3BR4 | MRNA | 17.0108 |

| | | | | | |
|---|---|---|---|---|---|
| 625-019283 | 09/11/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2549N821 SEC ID: E3BR4 | MRNA | 16.4268 |
| 625-019283 | 09/10/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2532O346 SEC ID: E3BR4 | MRNA | 16.9716 |
| 625-019283 | 09/09/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2521I974 SEC ID: E3BR4 | MRNA | 15.9140 |
| 625-019283 | 09/06/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2495L120 SEC ID: E3BR4 | MRNA | 15.7818 |
| 625-019283 | 09/05/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2483N662 SEC ID: E3BR4 | MRNA | 15.5234 |
| 625-019283 | 09/04/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2477O580 SEC ID: E3BR4 | MRNA | 15.2561 |
| 625-019283 | 09/03/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2465J976 SEC ID: E3BR4 | MRNA | 14.9509 |
| 625-019283 | 08/30/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2429A460 SEC ID: E3BR4 | MRNA | 15.5841 |

| | | | | | |
|---|---|---|---|---|---|
| 625-019283 | 08/29/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2410I342 SEC ID: E3BR4 | MRNA | 14.9682 |
| 625-019283 | 08/28/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2401G609 SEC ID: E3BR4 | MRNA | 14.7776 |
| 625-019283 | 08/27/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2390K946 SEC ID: E3BR4 | MRNA | 14.6313 |
| 625-019283 | 08/26/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2386G054 SEC ID: E3BR4 | MRNA | 14.8999 |
| 625-019283 | 08/23/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2351J777 SEC ID: E3BR4 | MRNA | 14.0885 |
| 625-019283 | 08/22/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2349G899 SEC ID: E3BR4 | MRNA | 14.1833 |
| 625-019283 | 08/21/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2334M147 SEC ID: E3BR4 | MRNA | 14.1728 |
| 625-019283 | 08/20/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2329G691 SEC ID: E3BR4 | MRNA | 14.1710 |

| | | | | | |
|---|---|---|---|---|---|
| 625-019283 | 08/19/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2314H447 SEC ID: E3BR4 | MRNA | 13.2398 |
| 625-019283 | 08/16/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2280H184 SEC ID: E3BR4 | MRNA | 12.9869 |
| 625-019283 | 08/15/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2278S718 SEC ID: E3BR4 | MRNA | 12.7321 |
| 625-019283 | 08/14/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2261P600 SEC ID: E3BR4 | MRNA | 12.8332 |
| 625-019283 | 08/13/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2258R239 SEC ID: E3BR4 | MRNA | 13.2028 |
| 625-019283 | 08/12/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2249I613 SEC ID: E3BR4 | MRNA | 13.2504 |
| 625-019283 | 08/09/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2218J855 SEC ID: E3BR4 | MRNA | 13.2051 |
| 625-019283 | 08/08/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2209L336 SEC ID: E3BR4 | MRNA | 12.8877 |

| | | | | | |
|---|---|---|---|---|---|
| 625-019283 | 08/07/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2190N611 SEC ID: E3BR4 | MRNA | 13.1181 |
| 625-019283 | 08/06/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2185W722 SEC ID: E3BR4 | MRNA | 12.1796 |
| 625-019283 | 08/05/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2171T533 SEC ID: E3BR4 | MRNA | 12.3622 |
| 625-019283 | 08/02/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2149O326 SEC ID: E3BR4 | MRNA | 12.6323 |
| 625-019283 | 08/01/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2139R860 SEC ID: E3BR4 | MRNA | 12.8993 |
| 625-019283 | 07/31/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2126M728 SEC ID: E3BR4 | MRNA | 13.2697 |
| 625-019283 | 07/30/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2113N494 SEC ID: E3BR4 | MRNA | 13.3877 |
| 625-019283 | 07/29/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2105H882 SEC ID: E3BR4 | MRNA | 13.6945 |

| | | | | | |
|---|---|---|---|---|---|
| 625-019283 | 07/26/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2075E528 SEC ID: E3BR4 | MRNA | 13.7812 |
| 625-019283 | 07/25/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2064L914 SEC ID: E3BR4 | MRNA | 13.8431 |
| 625-019283 | 07/24/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2052L614 SEC ID: E3BR4 | MRNA | 14.1465 |
| 625-019283 | 07/23/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2042R015 SEC ID: E3BR4 | MRNA | 13.5330 |
| 625-019283 | 07/22/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2035S408 SEC ID: E3BR4 | MRNA | 14.0412 |
| 625-019283 | 07/19/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 2009E300 SEC ID: E3BR4 | MRNA | 14.1698 |
| 625-019283 | 07/18/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 1999N647 SEC ID: E3BR4 | MRNA | 14.0841 |
| 625-019283 | 07/17/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 1983Q408 SEC ID: E3BR4 | MRNA | 14.1419 |

| | | | | | |
|---|---|---|---|---|---|
| 625-019283 | 07/16/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 1978W135 SEC ID: E3BR4 | MRNA | 14.0923 |
| 625-019283 | 07/15/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 1960T468 SEC ID: E3BR4 | MRNA | 14.2045 |
| 625-019283 | 07/12/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 1932F679 SEC ID: E3BR4 | MRNA | 14.2776 |
| 625-019283 | 07/11/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 1928L200 SEC ID: E3BR4 | MRNA | 14.2958 |
| 625-019283 | 07/10/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 19193H05 SEC ID: E3BR4 | MRNA | 14.4516 |
| 625-019283 | 07/09/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 1908L452 SEC ID: E3BR4 | MRNA | 14.5812 |
| 625-019283 | 07/08/2019 | Sold | MODERNA INC PREFERENTIAL RATE UNSOLICITED TRADE Ref: 1894L968 SEC ID: E3BR4 | MRNA | 14.3186 |