UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LUIGI WARREN,

    Plaintiff,

vs.

THE CHILDREN'S HOSPITAL CORP.,

    Defendant

Civ. A. No. 17-12472-DLC

## DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO IMPOUND

Please take notice that the defendant withdraws its Motion to Impound (ECF 86). The opposition to the plaintiff's motion for leave to amend, which is being filed today, contains no information that requires impoundment.

Respectfully submitted,

THE CHILDREN'S HOSPITAL CORPORATION

By its attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State Street, Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

Dated: May 18, 2020