UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIGI WARREN,

    Plaintiff,

v.

The CHILDREN'S HOSPITAL CORPORATION,

    Defendant.

No. 17-CV-12472-DLC

JUDGMENT

CABELL, M.J.

In accordance with the court's Memorandum and Order [Dkt. 91] issued on 1/20/23 granting defendant's motion for summary judgment, it is ORDERED:

Judgment entered for the defendant.

By the court,

January 20, 2023        /s/ Noreen Russo
Date                  Deputy Clerk