UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIGI WARREN,<br><br>      Plaintiff<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>      Defendant | Civ. A. No. 17-12472-DLC |

## NOTICE OF APPEAL

Luigi Warren appeals to the United States Court of Appeals for the First Circuit from the final judgment entered on January 20, 2023.

          Respectfully submitted,

           /s/ Luigi Warren
        Luigi Warren (Pro Se)
        155 Cordova Street, #104
        Pasadena, CA 91105
        Tel: (617) 275-1489
        luigi.warren@outlook.com

        Dated: February 14, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on February 14, 2023.

                                                 /s/ Luigi Warren
                                          Luigi Warren (Pro Se)