# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Warren v. The Children's Hospital Corporation

District Court Number: 17cv12472-DLC

Fee: Paid? Yes ____ No _x_ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes ____ No _X_
If yes, document # ____

Sealed documents Yes _X_ No ____
If yes, document # 30,44,56

Ex parte documents Yes ____ No _X_
If yes, document # ____

Transcripts Yes _X_ No ____
If yes, document # 65

Notice of Appeal filed by: Plaintiff/Petitioner _x_ Defendant/Respondent ____ Other: ____

Appeal from:

### #91 Memorandum and Order, #93 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

### #91, #93, and #94

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 94 filed on Febraury 14, 2023.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 15, 2023.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**