# United States Court of Appeals
## For the First Circuit

---

No. 23-1158

LUIGI WARREN,

Plaintiff - Appellant,

v.

THE CHILDREN'S HOSPITAL CORPORATION,

Defendant - Appellee.

---

**MANDATE**

Entered: September 30, 2026

In accordance with the judgment of September 8, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Donald L. Cabell
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Theodore Joel Folkman
Luigi Warren