UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIGI WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORP.<br><br>Defendant | Civ. A. No. 17-12472-DLC |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The parties jointly move to continue the status conference scheduled for October 13, 2026 to the afternoon of October 16 or 27, or November 2, 3, 10, 11, or 12, 2026. In support of this motion, the parties state that counsel for the defendant is serving as the arbitrator in a case that will be heard October 13, 2026 and is unavailable that day.

Respectfully submitted,

LUIGI WARREN

*/s/Luigi Warren, Pro Se*

Luigi Warren, Pro Se
155 Cordova Street, #104
Pasadena, CA 91105
617-275-1489
luigi-warren@outlook.com

THE CHILDREN'S HOSPITAL CORPORATION

By its attorney:

*/s/Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN & RUDMAN, LLP
53 State St.
Boston, MA 02109
(617) 330-7135
tfolkman@rubinrudman.com

Dated: October 2, 2026