UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIGI WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHILDREN'S HOSPITAL CORP.<br><br>Defendant | Civ. A. No. 17-12472-DLC |

**NOTICE OF APPEARANCE**

Please enter my appearance for the defendant, The Children's Hospital Corporation.

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION

By its attorney:

*/s/Taylor M. Makson*

Taylor M. Makson (BBO No. 697476)
RUBIN & RUDMAN, LLP
53 State St.
Boston, MA 02109
(617) 330-7135
tmakson@rubinrudman.com

Date: 11/10/26

CERTIFICATE OF SERVICE

I certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on November 10, 2026.

*/s/Taylor M. Makson*
Taylor M. Makson